UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____

DANETTE BLANCO,

    Plaintiff,

v.

CESAR A. VELILLA M.D., P.A.,
EVMD HOLDINGS, LLC D/B/A
EVOLUTION, M.D., and
CESAR A. VELILLA, individually,

    Defendant(s).

_____/

## DEFENDANTS' NOTICE OF REMOVAL

Defendants, CESAR A. VELILLA M.D., P.A. ("Velilla P.A."), EVMD HOLDINGS, LLC[1] D/B/A EVOLUTION, M.D. ("EVMD"), and CESAR A. VELILLA ("Dr. Velilla" and collectively "Defendants"), by and through undersigned counsel and in accordance with the applicable Federal Rules of Civil Procedure and 28 U.S.C. §§ 1331, 1441, and 1446, hereby file this Notice of and Petition for Removal (the "Notice"). Defendants request that the Court remove this action filed by Plaintiff DANETTE BLANCO ("Plaintiff"), from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, Miami Division. The removal of this action is based upon the following:

---

[1] EVMD Holdings, LLC is not the owner of the d/b/a Evolution, M.D. Defendant Cesar A. Velilla M.D., P.A. is the owner of the d/b/a Evolution M.D. EVMD Holdings, LLC is not a proper party to this lawsuit as it is a real estate holding company.

1. On or about July 17, 2020, Plaintiff filed a Complaint in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, captioned *Danette Blanco v. Cesar A. Velilla M.D., P.A., EVMD Holdings, LLC d/b/a Evolution, M.D., and Cesar A. Velilla*, Case No. 2020-015102-CA-01 (the "State Court Action"). *See* **Exhibit A**, Civil Cover Sheet, Complaint, and Summons.

2. EVMD first received notice of the State Court Action on August 28, 2020, when it was served with the Summons and Complaint. *See* **Composite Exhibit B**, Return of Service for Defendants. Velilla P.A. and Dr. Velilla received notice of the State Court Action on August 31, 2020 when they were served with the Summons and Complaint. *See* Ex. B (Return of Service). Copies of all process and pleadings served on Defendants in the State Court Action are attached hereto collectively as Exhibits "A" and "B".

3. This action is one that may be removed by Defendants pursuant to 28 U.S.C. § 1441(b) because Plaintiff's Complaint asserts six (6) counts under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* (the "FLSA"). Thus, the United States District Courts have original jurisdiction over this action under 28 U.S.C. § 1331 and 29 U.S.C. §216(b).

4. Because this action is pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida prior to removal, venue is proper in this Court under 28 U.S.C. § 1441(a).

5. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), in that it is being filed within thirty (30) days after service of the Complaint and is being filed within one year of commencement of the action.

6. All Defendants consent to the removal of this action from state court to the United States District Court for the Southern District of Florida.

7.  Pursuant to 28 U.S.C. § 1446(d), a Notice of Filing of the Notice of Removal will be served on Plaintiff, the only adverse party in this action, and also will be filed with the clerk of the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

WHEREFORE, Defendants CESAR A. VELILLA M.D., P.A., EVMD HOLDINGS, LLC D/B/A EVOLUTION, M.D. and CESAR A. VELILLA, respectfully request that the United States District Court for the Southern District of Florida accept the removal of this action from the Circuit Court and direct that the Circuit Court in and for Miami-Dade County, Florida has no further jurisdiction of this matter unless and until this case is remanded.

Dated: September 27, 2020.

Respectfully submitted,

**SANCHEZ-MEDINA, GONZALEZ, QUESADA, LAGE, GOMEZ & MACHADO LLP**
*Attorney for Defendants*
201 Alhambra Circle, Suite 1205
Coral Gables, FL 33134
T: (305) 377-1000, Ext. 131
F: (855) 327-0391
E-mail:  clang@smgqlaw.com
         rperez@smgqlaw.com

By: s/Chad K. Lang
    Chad K. Lang, Esq.
    Florida Bar No. 156922
    Raul L. Perez, Esq.
    Florida Bar No. 029400

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of September, 2020, undersigned counsel has electronically filed the foregoing document with the Clerk of Court using the CM/ECF. I also certify that the foregoing document is being served on this day on the counsel of record identified on the attached Service List via email or via transmission of Notices of Electronic Filing generated by the CM/ECF.

                    By:  s/Chad K. Lang
                          Chad K. Lang, Esq.
                          Florida Bar No. 156922

## Service List

J. Freddy Perera, Esq.
Valerie Barnhart, Esq.
Perera Barnhart Aleman
12401 Orange Drive, Ste. 123
Davie, FL 33330
Telephone: 786-485-5232
freddy@pba-law.com
valerie@pba-law.com
*Attorneys for Plaintiff*