EXHIBIT "A"

Filing # 110420305 E-Filed 07/17/2020 03:07:41 PM

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting <u>data</u> pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

I.  **CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>ELEVENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>MIAMI-DADE</u>   COUNTY, FLORIDA

Case No.: _____
Judge: _____

<u>DANETTE BLANCO</u>
 Plaintiff
              vs.
<u>CESAR A. VELILLA M.D., P.A., EVMD HOLDINGS, LLC, CESAR A. VELILLA</u>
Defendant

II.  **AMOUNT OF CLAIM**
    Please indicate the estimated amount of the claim rounded to the nearest dollar $<u>30,000</u>

III.  **TYPE OF CASE**     (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence – other
  ☐ Business governance
  ☐ Business torts
  ☐ Environmental/Toxic tort
  ☐ Third party indemnification
  ☐ Construction defect
  ☐ Mass tort
  ☐ Negligent security
  ☐ Nursing home negligence
  ☐ Premises liability – commercial
  ☐ Premises liability – residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
  ☐ Commercial foreclosure
  ☐ Homestead residential foreclosure
  ☐ Non-homestead residential foreclosure
  ☐ Other real property actions
☐ Professional malpractice
  ☐ Malpractice – business
  ☐ Malpractice – medical

  ☐ Malpractice – other professional
☒ Other
  ☐ Antitrust/Trade Regulation
  ☐ Business Transaction
  ☒ Circuit Civil - Not Applicable
  ☐ Constitutional challenge-statute or ordinance
  ☐ Constitutional challenge-proposed amendment
  ☐ Corporate Trusts
  ☐ Discrimination-employment or other
  ☐ Insurance claims
  ☐ Intellectual property
  ☐ Libel/Slander
  ☐ Shareholder derivative action
  ☐ Securities litigation
  ☐ Trade secrets
  ☐ Trust litigation

☐ County Civil
  ☐ Small Claims up to $8,000
  ☐ Civil
  ☐ Replevins
  ☐ Evictions
  ☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

IV.     **REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Non-monetary declaratory or injunctive relief;
☐ Punitive

V.      **NUMBER OF CAUSES OF ACTION:**
(Specify)

        <u>6</u>

VI.     **IS THIS CASE A CLASS ACTION LAWSUIT?**
☐ Yes
☒ No

VII.    **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ No
☐ Yes – If "yes" list all related cases by name, case number and court:


VIII.   **IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ Yes
☐ No

_____

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature:   <u>s/ Jorge Freddy Perera</u>
                    Attorney or party
FL Bar No.: <u>93625</u>
                (Bar number, if attorney)
                <u>Jorge Freddy Perera</u>
                (Type or print name)
    Date:   <u>07/17/2020</u>

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.:

DANETTE BLANCO,

      Plaintiff,

vs.

CESAR A. VELILLA M.D., P.A.,
EVMD HOLDINGS, LLC D/B/A EVOLUTION MD, and
CESAR A. VELILLA, individually,

      Defendants.

_____/

## **COMPLAINT**

    Plaintiff DANETTE BLANCO ("Plaintiff") hereby sues CESAR A. VELILLA M.D., P.A. ("CAVM"), EVMD HOLDINGS, LLC D/B/A EVOLUTION MD ("Evolution"), and CESAR A. VELILLA ("Velilla") (collectively "Defendants") and alleges as follows:

### **INTRODUCTION**

    1.    This is an action for unpaid wages against Defendants pursuant to the Fair Labor Standards Act ("FLSA").

    2.    Plaintiff seeks damages within this court's jurisdictional requirements, reasonable attorneys' fees and costs, and all other remedies allowable by law.

## PARTIES, JURISDICTION AND VENUE

3.     CAVM and Evolution (the "Corporate Defendants") are were Florida businesses conducting business in Miami-Dade County, Florida during the relevant period.

4.     Plaintiff was formerly employed by Defendants and performed work for Defendants in Miami-Dade County, Florida.

5.     Venue is proper in this Court because Defendant transacts business in this District, Defendant maintains a principal place of business in this District, Defendant employed Plaintiff in this District, and the claims arose within this District.

## GENERAL ALLEGATIONS

### Defendants' Business

6.     Defendants operate a plastic surgery practice (the "Practice").

7.     During the relevant period, Velilla was an owner and operator of the Corporate Defendants.

8.     During the relevant period, the Corporate Defendants' gross annual revenue exceeded $500,000.

9.     Defendants market the Practice across state lines through the internet.

10.     At all relevant times, Defendants employed two or more employees that customarily, continually, and regularly handled goods and materials that i) were purchased from a person or entity outside the state of Florida and/or ii) were purchased in Florida but had previously traveled through interstate commerce.

PERERA BARNHART ALEMAN
12401 ORANGE DRIVE · SUITE 123 · DAVIE, FLORIDA 33330 · PHONE (786) 485.5232

11.     Upon information and belief, Defendants obtained and solicited funds from non-Florida sources, accepted funds from non-Florida sources, used telephonic transmissions going over state lines to do its business, transmitted funds outside the State of Florida, used electronic means to market and run their business in a way that was not limited to Florida, and otherwise regularly engaged in interstate commerce during the relevant period.

12.     Defendants, upon information and belief, accepts checks, wire transfers, and other forms of payments that are made or processed outside the state of Florida, and did so during the relevant period.

13.     Defendants were engaged in interstate commerce and subject to the FLSA.

**<u>Plaintiff's Employment With Defendants</u>**

14.     In or around November 11, 2019, Plaintiff was hired by Defendants.

15.     Defendants agreed to pay Plaintiff on an hourly basis.

16.     Defendants, however, did not compensate Plaintiff for her first two weeks of work.

17.     Similarly, Defendants did not compensated Plaintiff for her last two weeks of work until Plaintiff retained a lawyer.

18.     To make matters worse, Defendants failed to compensate Plaintiff in accordance with the FLSA's overtime provisions.  Specifically, Defendants failed to pay Plaintiff at time-and-a-half her regular rate of pay for all overtime hours worked.

PERERA BARNHART ALEMAN
12401 ORANGE DRIVE · SUITE 123 · DAVIE, FLORIDA 33330 · PHONE (786) 485.5232

### COUNT I
### MINIMUM WAGE VIOLATIONS AGAINST CAVM UNDER
### THE FAIR LABOR STANDARDS ACT

19.     Plaintiff re-alleges and incorporates by reference the allegations in paragraphs 1 through 18 as if fully set forth herein.

20.     As part of its business, CAVM purchased goods and materials that traveled through interstate commerce.

21.     These goods and materials were customarily, continually, and regularly handled by two or more employees, including Plaintiff.

22.     Upon information and belief, CAVM obtained and solicited funds from non-Florida sources, accepted funds from non-Florida sources, used telephonic transmissions going over state lines to do its business, transmitted funds outside the State of Florida, used electronic means to market and run its business in a way that was not limited to Florida, and otherwise regularly engaged in interstate commerce during the relevant period.

23.     CAVM, upon information and belief, accepted credit card payments, wire transfers, and other forms of payments made or processed outside the state of Florida during the relevant.

24.     CAVM is an employer engaged in interstate commerce and subject to the FLSA.

25.     By not providing Plaintiff with any compensation for her first two weeks and last two weeks, CAVM has violated the FLSA's minimum wage provisions.

26.     Plaintiff is owed unpaid minimum wage compensation pursuant to the FLSA.

PERERA BARNHART ALEMAN
12401 ORANGE DRIVE · SUITE 123 · DAVIE, FLORIDA 33330 · PHONE (786) 485.5232

27.     In addition, CAVM is liable for double the overtime amounts owed as liquidated damages under the FLSA as a result of its intentional and willful violations for up to the three-year statute of limitations afforded by the FLSA.

**WHEREFORE,** Plaintiff respectfully requests that the Court:

     a. Enter judgment for Plaintiff against CAVM under the FLSA;

     b. Award Plaintiff actual damages for the unpaid wages;

     c. Award Plaintiff liquidated damages;

     d. Award Plaintiff his attorneys' fees and costs;

     e. Award Plaintiff all recoverable interest; and

     f. Award any other relief this Honorable Court deems just and proper.

## COUNT II
## MINIMUM WAGE VIOLATIONS AGAINST EVOLUTION UNDER THE FAIR LABOR STANDARDS ACT

28.     Plaintiff re-alleges and incorporates by reference the allegations in paragraphs 1 through 18 as if fully set forth herein.

29.     As part of its business, EVOLUTION purchased goods and materials that traveled through interstate commerce.

30.     These goods and materials were customarily, continually, and regularly handled by two or more employees, including Plaintiff.

31.     Upon information and belief, EVOLUTION obtained and solicited funds from non-Florida sources, accepted funds from non-Florida sources, used telephonic transmissions going over state lines to do its business, transmitted funds outside the State of Florida, used electronic means to market and run its

PERERA BARNHART ALEMAN
12401 ORANGE DRIVE · SUITE 123 · DAVIE, FLORIDA 33330 · PHONE (786) 485.5232

business in a way that was not limited to Florida, and otherwise regularly engaged in interstate commerce during the relevant period.

32.    EVOLUTION, upon information and belief, accepted credit card payments, wire transfers, and other forms of payments made or processed outside the state of Florida during the relevant.

33.    EVOLUTION is an employer engaged in interstate commerce and subject to the FLSA.

34.    By not providing Plaintiff with any compensation for her first two weeks and last two weeks, EVOLUTION has violated the FLSA's minimum wage provisions.

35.    Plaintiff is owed unpaid minimum wage compensation pursuant to the FLSA.

36.    In addition, EVOLUTION is liable for double the overtime amounts owed as liquidated damages under the FLSA as a result of its intentional and willful violations for up to the three-year statute of limitations afforded by the FLSA.

**WHEREFORE,** Plaintiff respectfully requests that the Court:

g. Enter judgment for Plaintiff against EVOLUTION under the FLSA;

h. Award Plaintiff actual damages for the unpaid wages;

i. Award Plaintiff liquidated damages;

j. Award Plaintiff his attorneys' fees and costs;

k. Award Plaintiff all recoverable interest; and

PERERA BARNHART ALEMAN
12401 ORANGE DRIVE · SUITE 123 · DAVIE, FLORIDA 33330 · PHONE (786) 485.5232

l.   Award any other relief this Honorable Court deems just and proper.

**COUNT III**
**MINIMUM WAGE VIOLATIONS AGAINST VELILLA UNDER**
**THE FAIR LABOR STANDARDS ACT**

37.   Plaintiff re-alleges and incorporates by reference the allegations in paragraphs 1 through 18as if fully set forth herein.

38.   Velilla operated the day-to-day activities of the Corporate Defendants, had supervisory authority over Plaintiff, and was partially or totally responsible for paying Plaintiff's wages.

39.   By withholding Plaintiff's first paycheck (and final paycheck until Plaintiff retained a lawyer), Velilla has violated the FLSA's minimum wage provisions.

40.   Plaintiff is owed unpaid minimum wage compensation pursuant to the FLSA.

41.   In addition, Velilla is liable for double the overtime amounts owed as liquidated damages under the FLSA as a result of its intentional and willful violations for up to the three-year statute of limitations afforded by the FLSA.

**WHEREFORE,** Plaintiff respectfully requests that the Court:

a.   Enter judgment for Plaintiff against Velilla under the FLSA;

b.   Award Plaintiff actual damages for the unpaid wages;

c.   Award Plaintiff liquidated damages;

d.   Award Plaintiff his attorneys' fees and costs;

e.   Award Plaintiff all recoverable interest; and

PERERA BARNHART ALEMAN
12401 ORANGE DRIVE · SUITE 123 · DAVIE, FLORIDA 33330 · PHONE (786) 485.5232

f.   Award any other relief this Honorable Court deems just and proper.


## COUNT IV
## OVERTIME VIOLATION AGAINST CAVM UNDER THE FLSA

42.   Plaintiff re-alleges and incorporates by reference the allegations in paragraphs 1 through 18 as if fully set forth herein.

43.   CAVM was Plaintiff's employer, joint employer, or co-employer for purposes of the FLSA as the term employer is defined by 29 U.S.C. § 203.

44.   During Plaintiff's employment with Defendants, Plaintiff consistently worked over forty (40) hours per week on some occasions.

45.   Despite working overtime hours, Defendants never compensated Plaintiff at the rate of time-and-a-half for all overtime hours worked.

46.   Defendants intentionally refused to pay Plaintiff overtime wages she was owed under the FLSA.

47.   In addition, CAVM is liable for double the overtime amounts owed as liquidated damages under the FLSA as a result of its intentional and willful violations for up to the three-year statute of limitations afforded by the FLSA.

**WHEREFORE,** Plaintiff respectfully requests that the Court:

a.   Enter judgment against CAVM under the FLSA;

b.   Award Plaintiff actual damages for the unpaid wages;

c.   Award Plaintiff liquidated damages;

d.   Award Plaintiff attorneys' fees and costs;

e.   Award Plaintiff all recoverable interest; and

PERERA BARNHART ALEMAN
12401 ORANGE DRIVE · SUITE 123 · DAVIE, FLORIDA 33330 · PHONE (786) 485.5232

       f.      Award any other relief this Honorable Court deems just and proper.

## COUNT V
## OVERTIME VIOLATION AGAINST EVOLUTION UNDER THE FLSA

48.    Plaintiff re-alleges and incorporates by reference the allegations in paragraphs 1 through 18 as if fully set forth herein.

49.    EVOLUTION was Plaintiff's employer, joint employer, or co-employer for purposes of the FLSA as the term employer is defined by 29 U.S.C. § 203.

50.    During Plaintiff's employment with Defendants, Plaintiff worked over forty (40) hours per week on some occasions.

51.    Despite working overtime hours, Defendants never compensated Plaintiff at the rate of time-and-a-half for all overtime hours worked.

52.    Defendants intentionally refused to pay Plaintiff overtime wages she was owed under the FLSA.

53.    In addition, EVOLUTION is liable for double the overtime amounts owed as liquidated damages under the FLSA as a result of its intentional and willful violations for up to the three-year statute of limitations afforded by the FLSA.

**WHEREFORE,** Plaintiff respectfully requests that the Court:

      a.      Enter judgment against EVOLUTION under the FLSA;

      b.      Award Plaintiff actual damages for the unpaid wages;

      c.      Award Plaintiff liquidated damages;

      d.      Award Plaintiff attorneys' fees and costs;

PERERA BARNHART ALEMAN
12401 ORANGE DRIVE · SUITE 123 · DAVIE, FLORIDA 33330 · PHONE (786) 485.5232

    e.     Award Plaintiff all recoverable interest; and

    f.     Award any other relief this Honorable Court deems just and
proper.

## COUNT VI
## OVERTIME VIOLATION AGAINST VELILLA UNDER THE FLSA

54.    Plaintiff re-alleges and incorporates by reference the allegations in paragraphs 1 through 51 as if fully set forth herein.

55.    Velilla was Plaintiff's employer, joint employer, or co-employer for purposes of the FLSA as the term employer is defined by 29 U.S.C. § 203.

56.    Velilla was responsible for running the day-to-day operations of the Corporate Defendants.

57.    Velilla had supervisory authority to discipline and fire Plaintiff.

58.    Velilla was partially or totally responsible for paying Plaintiff's wages.

59.    During Plaintiff's employment with Velilla, Plaintiff worked over forty (40) hours on some workweeks.

60.    Velilla never compensated Plaintiff at the rate of time-and-a-half for all overtime hours worked.

61.    Velilla intentionally refused to pay Plaintiff overtime wages she was owed under the FLSA.

62.    In addition, Velilla is liable for double the overtime amounts owed as liquidated damages under the FLSA as a result of its intentional and willful violations for up to the three-year statute of limitations afforded by the FLSA.

PERERA BARNHART ALEMAN
12401 ORANGE DRIVE · SUITE 123 · DAVIE, FLORIDA 33330 · PHONE (786) 485.5232

**WHEREFORE,** Plaintiff respectfully requests that the Court:

      a.     Enter judgment against Velilla under the FLSA;

      b.     Award Plaintiff actual damages for the unpaid wages;

      c.     Award Plaintiff liquidated damages;

      d.     Award Plaintiff attorneys' fees and costs;

      e.     Award Plaintiff all recoverable interest; and

      f.     Award any other relief this Honorable Court deems just and proper.

## JURY TRIAL

Plaintiff hereby requests a trial by jury with respect to all claims so triable.

Dated:  July 17, 2020           Respectfully submitted,

                        By: ***/s/ J. Freddy Perera***
                        J. Freddy Perera, Esq.
                        Florida Bar No. 93625
                        freddy@pba-law.com
                        Valerie Barnhart, Esq.
                        Florida Bar No. 88549
                        valerie@pba-law.com
                        **PERERA BARNHART ALEMAN**
                        12401 Orange Drive, Suite123
                        Davie, Florida 33330
                        Telephone: 786-485-5232
                        *Counsel for Plaintiff*

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CASE NO.: 2020-015102-CA-01

DANETTE BLANCO,

     Plaintiff,

vs.



CESAR A. VELILLA M.D., P.A.,
EVMD HOLDINGS, LLC D/B/A EVOLUTION MD, and
CESAR A. VELILLA, individually,

    Defendants.

_____/

## **SUMMONS**

THE STATE OF FLORIDA:
To Each Sheriff of Said State:

     YOU ARE HEREBY COMMANDED to serve this Summons, and a copy of the Complaint on Defendant:

CESAR A. VELILLA
12709 MIRAMAR PARKWAY
MIRAMAR, FL 33027


     Defendant is required to serve written defenses to the Complaint on Plaintiff's attorney, whose names and address are: **J. Freddy Perera, Esq., 12401 Orange Drive, Suite 123, Davie, FL, 33330** within 20 calendar days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of the Court either before service on Plaintiff's attorney or immediately thereafter.  If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

     DATED ON _____, 2020.

                       HARVEY RUVIN

                       By: _____
                            As Deputy Clerk

## SUMMONS:
## PERSONAL SERVICE OF A NATURAL PERSON

### IMPORTANT

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served upon you to file a written response to the attached Complaint in this Court.  A phone call will not protect you.  Your written response, including the above case number and named parties, must be filed if you want the Court to hear your case.  If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

### IMPORTANTE

Usted ha sido demandoado legalmente.  Tiene viente (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera; si usted desea que el escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso.  Si usted no contesta la demanda a tiempo, pudeise perder el caso y podria ser despojado de sus ingresos y propiedades, o privade de sus dereschos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea puede usted consultar a unabogado immediateamenta.  Si no conoce a un abogado, puede llamar a una de las officinas de asistencia legal que aparecen en la guia telefoncia.

Si desea responder a la demanda pro su cuenta, al mismoi tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia du su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney."  (Demandate o Abogado de Demanadante).

### IMPORTANT

Des poursuites judiciaries ont ele entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour depposer une response ecite a la plainte cijointe aupres de ce Tribunal.  Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, ave mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause.  Si cous ne deposez pas votre reponse ecrite dans le relai requis, vous resiquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent tere saisis par la suite, sans aucun preavis ulterieur du Tribunal.  Il a d' autres obligations juridiques et vous pouvez requerir les services immediates d'un avocat.  Si vous ne connaissez pas d'avocats, vou pourriez telephoner a un service de reference d'avocats ou a un brueau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme tempos que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocate) nomme ci-dessous.

Filed By:

        J. Freddy Perera
        Florida Bar No. 93625

Address:      Perera Barnhart Alemán, P.A.
        12401 Orange Drive
        Suite 123
        Davie, FL 33330
        (786) 485-5232

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CASE NO.: 2020-015102-CA-01

DANETTE BLANCO

       Plaintiff,

vs.


CESAR A. VELILLA M.D., P.A.,
EVMD HOLDINGS, LLC D/B/A EVOLUTION MD, and
CESAR A. VELILLA, individually,


       Defendants.

_____/


## SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of Said State:

       YOU ARE HEREBY COMMANDED to serve this Summons, and a copy of the Complaint on Defendant:

**CESAR A. VELILLA ,M.D., P.A.**

CESAR A VELILLA

12709 MIRAMAR PARKWAY

MIRAMAR, FL 33027

       Defendant is required to serve written defenses to the Complaint on Plaintiff's attorney, whose names and address are: **J. Freddy Perera, Esq., 12401 Orange Drive, Suite 123, Davie, FL, 33330** within 20 calendar days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of the Court either before service on Plaintiff's attorney or immediately thereafter.  If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

       DATED ON _____, 2020.

                    HARVEY RUVIN

                    By: _____
                          As Deputy Clerk

**SUMMONS:**

**PERSONAL SERVICE OF A CORPORATION**

**<u>IMPORTANT</u>**

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served upon you to file a written response to the attached Complaint in this Court.  A phone call will not protect you.  Your written response, including the above case number and named parties, must be filed if you want the Court to hear your case.  If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

**<u>IMPORTANTE</u>**

Usted ha sido demandoado legalmente.  Tiene viente (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera; si usted desea que el escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso.  Si usted no contesta la demanda a tiempo, pudeise perder el caso y podria ser despojado de sus ingresos y propiedades, o privade de sus dereschos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea puede usted consultar a unabogado immediateamenta.  Si no conoce a un abogado, puede llamar a una de las officinas de asistencia legal que aparecen en la guia telefoncia.

Si desea responder a la demanda pro su cuenta, al mismoi tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia du su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney."  (Demandate o Abogado de Demanadante).

**<u>IMPORTANT</u>**

Des poursuites judiciaries ont ele entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour depposer une response ecite a la plainte cijointe aupres de ce Tribunal.  Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, ave mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause.  Si cous ne deposez pas votre reponse ecrite dans le relai requis, vous resiquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent tere saisis par la suite, sans aucun preavis ulterieur du Tribunal.  Il a d' autres obligations juridiques et vous pouvez requerir les services immediates d'un avocat.  Si vous ne connaissez pas d'avocats, vou pourriez telephoner a un service de reference d'avocats ou a un brueau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme tempos que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocate) nomme ci-dessous.

Filed By:

J. Freddy Perera
Florida Bar No. 93625

Address:     Perera Barnhart Alemán, P.A.
12401 Orange Drive
Suite 123
Davie, FL 33330
(786) 485-5232

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CASE NO.: 2020-015102-CA-01

DANETTE BLANCO

      Plaintiff,

vs.


CESAR A. VELILLA M.D., P.A.,
EVMD HOLDINGS, LLC D/B/A EVOLUTION MD, and
CESAR A. VELILLA, individually,


      Defendants.

_____/


## **SUMMONS**

THE STATE OF FLORIDA:
To Each Sheriff of Said State:

      YOU ARE HEREBY COMMANDED to serve this Summons, and a copy of the Complaint on Defendant:

**EVMD HOLDINGS, LLC D/B/A EVOLUTION MD**
MAZUR, MATTHEW E, JR
2655 LEJEUNE ROAD
SUITE 500
CORAL GABLES, FL 33134


      Defendant is required to serve written defenses to the Complaint on Plaintiff's attorney, whose names and address are: **J. Freddy Perera, Esq., 12401 Orange Drive, Suite 123, Davie, FL, 33330** within 20 calendar days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of the Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

      DATED ON _____, 2020.

                        HARVEY RUVIN

                        By: _____
                            As Deputy Clerk

## SUMMONS:
## PERSONAL SERVICE OF A CORPORATION

### **IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served upon you to file a written response to the attached Complaint in this Court. A phone call will not protect you. Your written response, including the above case number and named parties, must be filed if you want the Court to hear your case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

### **IMPORTANTE**

Usted ha sido demandoado legalmente. Tiene viente (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudeise perder el caso y podria ser despojado de sus ingresos y propiedades, o privade de sus dereschos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea puede usted consultar a unabogado immediateamenta. Si no conoce a un abogado, puede llamar a una de las officinas de asistencia legal que aparecen en la guia telefoncia.

Si desea responder a la demanda pro su cuenta, al mismoi tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia du su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney." (Demandate o Abogado de Demanadante).

### **IMPORTANT**

Des poursuites judiciaries ont ele entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour depposer une response ecite a la plainte cijointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, ave mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si cous ne deposez pas votre reponse ecrite dans le relai requis, vous resiquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent tere saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il a d' autres obligations juridiques et vous pouvez requerir les services immediates d'un avocat. Si vous ne connaissez pas d'avocats, vou pourriez telephoner a un service de reference d'avocats ou a un brueau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme tempos que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocate) nomme ci-dessous.

Filed By:

        J. Freddy Perera
        Florida Bar No. 93625

Address:        Perera Barnhart Alemán, P.A.
        12401 Orange Drive
        Suite 123
        Davie, FL 33330
        (786) 485-5232

Filing # 110601738 E-Filed 07/22/2020 09:59:43 AM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CASE NO.: 2020-015102-CA-01

DANETTE BLANCO,

     Plaintiff,

vs.

CESAR A. VELILLA M.D., P.A.,
EVMD HOLDINGS, LLC D/B/A EVOLUTION MD, and
CESAR A. VELILLA, individually,

    Defendants.

_____/

**SUMMONS**

THE STATE OF FLORIDA:
To Each Sheriff of Said State:

    YOU ARE HEREBY COMMANDED to serve this Summons, and a copy of the Complaint on Defendant:

CESAR A. VELILLA

12709 MIRAMAR PARKWAY

MIRAMAR, FL 33027

    Defendant is required to serve written defenses to the Complaint on Plaintiff's attorney, whose names and address are: **J. Freddy Perera, Esq., 12401 Orange Drive, Suite 123, Davie, FL, 33330** within 20 calendar days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of the Court either before service on Plaintiff's attorney or immediately thereafter.  If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

DATED ON _7/23/2020_____, 2020.

                         HARVEY RUVIN

                         309877

                         By: _____

                             As Deputy Clerk

**SUMMONS:**
**PERSONAL SERVICE OF A NATURAL PERSON**

**IMPORTANT**

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served upon you to file a written response to the attached Complaint in this Court.  A phone call will not protect you.  Your written response, including the above case number and named parties, must be filed if you want the Court to hear your case.  If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

**IMPORTANTE**

Usted ha sido demandoado legalmente.  Tiene viente (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera; si usted desea que el escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso.  Si usted no contesta la demanda a tiempo, pudeise perder el caso y podria ser despojado de sus ingresos y propiedades, o privade de sus dereschos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea puede usted consultar a unabogado immediateamenta.  Si no conoce a un abogado, puede llamar a una de las officinas de asistencia legal que aparecen en la guia telefoncia.

Si desea responder a la demanda pro su cuenta, al mismoi tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia du su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney."  (Demandate o Abogado de Demanadante).

**IMPORTANT**

Des poursuites judiciaries ont ele entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour depasser une response ecite a la plainte cijointe aupres de ce Tribunal.  Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, ave mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause.  Si cous ne deposez pas votre reponse ecrite dans le relai requis, vous resiquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent tere saisis par la suite, sans aucun preavis ulterieur du Tribunal.  Il a d' autres obligations juridiques et vous pouvez requerir les services immediates d'un avocat.  Si vous ne connaissez pas d'avocats, vou pourriez telephoner a un service de reference d'avocats ou a un brueau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme tempos que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocate) nomme ci-dessous.

Filed By:

      J. Freddy Perera
      Florida Bar No. 93625

Address:     Perera Barnhart Alemán, P.A.
      12401 Orange Drive
      Suite 123
      Davie, FL 33330
      (786) 485-5232

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CASE NO.: 2020-015102-CA-01

DANETTE BLANCO

      Plaintiff,

vs.


CESAR A. VELILLA M.D., P.A.,
EVMD HOLDINGS, LLC D/B/A EVOLUTION MD, and
CESAR A. VELILLA, individually,


      Defendants.

_____ /


**SUMMONS**

THE STATE OF FLORIDA:
To Each Sheriff of Said State:

      YOU ARE HEREBY COMMANDED to serve this Summons, and a copy of the Complaint on Defendant:

**CESAR A. VELILLA ,M.D., P.A.**
CESAR A VELILLA
12709 MIRAMAR PARKWAY
MIRAMAR, FL 33027


      Defendant is required to serve written defenses to the Complaint on Plaintiff's attorney, whose names and address are: **J. Freddy Perera, Esq., 12401 Orange Drive, Suite 123, Davie, FL, 33330** within 20 calendar days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of the Court either before service on Plaintiff's attorney or immediately thereafter.  If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

DATED ON _____7/23/2020_____, 2020.

                              HARVEY RUVIN

                              By: _____

                                  As Deputy Clerk

**SUMMONS:**

**PERSONAL SERVICE OF A CORPORATION**

**IMPORTANT**

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served upon you to file a written response to the attached Complaint in this Court.  A phone call will not protect you.  Your written response, including the above case number and named parties, must be filed if you want the Court to hear your case.  If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

**IMPORTANTE**

Usted ha sido demandoado legalmente.  Tiene viente (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera; si usted desea que el escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso.  Si usted no contesta la demanda a tiempo, pudeise perder el caso y podria ser despojado de sus ingresos y propiedades, o privade de sus dereschos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea puede usted consultar a unabogado immediateamenta.  Si no conoce a un abogado, puede llamar a una de las officinas de asistencia legal que aparecen en la guia telefoncia.

Si desea responder a la demanda pro su cuenta, al mismoi tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia du su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney."  (Demandate o Abogado de Demanadante).

**IMPORTANT**

Des poursuites judiciaries ont ele entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour depasser une response ecite a la plainte cijointe aupres de ce Tribunal.  Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, ave mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause.  Si cous ne deposez pas votre reponse ecrite dans le relai requis, vous resiquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent tere saisis par la suite, sans aucun preavis ulterieur du Tribunal.  Il a d' autres obligations juridiques et vous pouvez requerir les services immediates d'un avocat.  Si vous ne connaissez pas d'avocats, vou pourriez telephoner a un service de reference d'avocats ou a un brueau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme tempos que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocate) nomme ci-dessous.

Filed By:

        J. Freddy Perera
        Florida Bar No. 93625

Address:      Perera Barnhart Alemán, P.A.
        12401 Orange Drive
        Suite 123
        Davie, FL 33330
        (786) 485-5232

Filing # 110601738 E-Filed 07/22/2020 09:59:43 AM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CASE NO.: 2020-015102-CA-01

DANETTE BLANCO

      Plaintiff,

vs.


CESAR A. VELILLA M.D., P.A.,
EVMD HOLDINGS, LLC D/B/A EVOLUTION MD, and
CESAR A. VELILLA, individually,


      Defendants.

_____/


**SUMMONS**


THE STATE OF FLORIDA:
To Each Sheriff of Said State:

      YOU ARE HEREBY COMMANDED to serve this Summons, and a copy of the Complaint on Defendant:

**EVMD HOLDINGS, LLC D/B/A EVOLUTION MD**
MAZUR, MATTHEW E, JR
2655 LEJEUNE ROAD
SUITE 500
CORAL GABLES, FL 33134


      Defendant is required to serve written defenses to the Complaint on Plaintiff's attorney, whose names and address are: **J. Freddy Perera, Esq., 12401 Orange Drive, Suite 123, Davie, FL, 33330** within 20 calendar days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of the Court either before service on Plaintiff's attorney or immediately thereafter.  If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.


      DATED ON _____7/23/2020_____, 2020.


                HARVEY RUVIN

                By: _____ 309877
                     As Deputy Clerk

## SUMMONS:
## PERSONAL SERVICE OF A CORPORATION

### IMPORTANT

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served upon you to file a written response to the attached Complaint in this Court.  A phone call will not protect you.  Your written response, including the above case number and named parties, must be filed if you want the Court to hear your case.  If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

### IMPORTANTE

Usted ha sido demandoado legalmente.  Tiene viente (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera; si usted desea que el escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso.  Si usted no contesta la demanda a tiempo, pudeise perder el caso y podria ser despojado de sus ingresos y propiedades, o privade de sus dereschos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea puede usted consultar a unabogado immediateamenta.  Si no conoce a un abogado, puede llamar a una de las officinas de asistencia legal que aparecen en la guia telefoncia.

Si desea responder a la demanda pro su cuenta, al mismoi tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia du su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney."  (Demandate o Abogado de Demanadante).

### IMPORTANT

Des poursuites judiciaries ont ele entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour depasser une response ecite a la plainte cijointe aupres de ce Tribunal.  Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, ave mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause.  Si cous ne deposez pas votre reponse ecrite dans le relai requis, vous resiquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent tere saisis par la suite, sans aucun preavis ulterieur du Tribunal.  Il a d' autres obligations juridiques et vous pouvez requerir les services immediates d'un avocat.  Si vous ne connaissez pas d'avocats, vou pourriez telephoner a un service de reference d'avocats ou a un brueau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme tempos que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocate) nomme ci-dessous.

Filed By:

      J. Freddy Perera
      Florida Bar No. 93625

Address:     Perera Barnhart Alemán, P.A.
      12401 Orange Drive
      Suite 123
      Davie, FL 33330
      (786) 485-5232