UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-23938-CIV-ALTONAGA/Goodman

**DANETTE BLANCO**,

    Plaintiff,

v.

**CESAR A. VELILLA M.D., P.A.**; *et al.*,

    Defendants.
_____/

## **ORDER**

**THIS CAUSE** came before the Court on the parties' Joint Motion for Approval of Parties' Settlement Agreement and Dismissal with Prejudice [ECF No. 32], filed October 26, 2020. The Court has carefully reviewed the Motion, the file, and applicable law. Being fully advised, it is

**ORDERED AND ADJUDGED** that the parties' Joint Motion for Approval of Parties' Settlement Agreement and Dismissal with Prejudice **[ECF No. 32]** is **GRANTED**. The Court retains jurisdiction to enforce the terms of the parties' Settlement Agreement (*see generally* Mot., Settlement, Mutual Release and Confidentiality Agreement [ECF No. 32-2]),[1] and to award attorney's fees and costs in connection with such enforcement. The case is **DISMISSED with prejudice**.

---

[1] The Agreement contains a confidentiality provision. (*See* Agreement ¶ 8). Where the Court must approve a settlement, the agreement becomes a part of the judicial record, and therefore may not be deemed confidential even if the parties so consent. *See Jessup v. Luther*, 277 F.3d 926, 929–30 (7th Cir. 2002). Accordingly, parties may not submit a settlement agreement under seal or seek its review *in camera* unless there is a compelling interest in secrecy. *See id.* at 928. Nevertheless, while the confidentiality provision seems to indicate the parties seek to maintain the Agreement's confidentiality, the parties did not file the Agreement under seal, and so it appears on the public docket.

CASE NO. 20-23938-CIV-ALTONAGA/Goodman

**DONE AND ORDERED** in Miami, Florida, this 14th day of December, 2020.

                                                                     _____
                                                                     **CECILIA M. ALTONAGA**
                                                                     **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record